Entered: August 1st, 2016
Signed: July 29th, 2016

**SO ORDERED**

No response or objection.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| MINH VU HOANG | ) | Case No. 05-21078-TJC |
| THANH HOANG | ) | Jointly Administered |
| | ) | (Chapter 7) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| MINH VU HOANG, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No. 16-00254-TJC |
| | ) | |
| GARY A. ROSEN, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | _____ |

### ORDER DISMISSING COMPLAINT

Upon consideration of the *Motion to Dismiss Complaint* (the "*Motion to Dismiss*") filed by Defendants Gary A. Rosen and Roger Schlossberg, any opposition and argument thereto, this Court being fully advised, and good cause appearing for the relief requested, it is

**ORDERED** that the *Motion to Dismiss* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint shall be and is hereby **DISMISSED** as to all parties and claims.

2

**SO ORDERED.**

cc:  Roger Schlossberg, Esq.
    Frank J. Mastro, Esq.
    Minh Vu Hoang
    Thanh Hoang

**END OF ORDER**